**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dale Lee CRAWFORD, Defendant–**
**Appellant.**

No. 04–11067.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

Susan B. Cowger, Linda R. Rossborough, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Dale Lee Crawford has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Crawford has not responded to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

